**Order filed January 05, 2022**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-21-00709-CV**

———————

**IN THE MATTER OF K.P., Appellant**

**On Appeal from the 315th District Court
Harris County, Texas
Trial Court Cause No. 2019-02799J**

## O R D E R

The clerk's record was filed December 10, 2021. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the order signed on November 4, 2021, which commits appellant, K.P., to the Texas Department of Criminal Justice to complete the remainder of his sentence.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **January 18, 2022**, containing the order signed on November 4, 2021, which commits appellant, K.P., to the Texas Department of Criminal Justice to complete the remainder of his sentence.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, Poissant.